IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NADINE GIDDINGS, :
    *Plaintiff*, :
     : CIVIL ACTION
v. : NO. 16-6060
     :
NANCY A. BERRYHILL, :
Acting Commissioner of :
Social Security, :
    *Defendant*. :

## **ORDER**

**AND NOW**, this 5th day of September, 2018, upon consideration of the Honorable David R. Strawbridge's Report and Recommendation (ECF No. 13.) and Plaintiff's Objections to the Report and Recommendation of Judge Strawbridge. (ECF No. 14.), it is hereby **ORDERED** that Plaintiff's objections to Judge Strawbridge's R&R are overruled and this Court approves and adopts the R&R.

                                                        BY THE COURT:

                                                  */s/ C. Darnell Jones, II*
                                                  C. Darnell Jones, II    J.